ORIGINAL

DS135038

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JENNIFER SANFORD, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | Case No. |
| NATIONWIDE CREDIT & COLLECTION, INC, | ) | 3-21CV2942-T |
| Defendant. | ) | <u>JURY DEMANDED</u> |

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Jennifer Sanford ("Plaintiff"), an individual consumer, against Defendant Nationwide Credit & Collection, Inc. ("Defendant") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION

2. This is a civil action to enforce liability created under the FDCPA.

3. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d).

4. Jurisdiction of this court arises under 28 U.S.C. § 1337(a).

## VENUE

5. Venue in this court is proper under "28 U.S.C. § 1391(b)(1).

6. A substantial part of the events or omissions giving rise to Plaintiff's claim herein occurred in this judicial district.

## PARTIES

7. Plaintiff, Jennifer Sanford ("Plaintiff"), is a resident of the State of Texas, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed for a defaulted Northwestern Medicine consumer medical account.

8. Plaintiff resides in Dallas County, Texas.

9. Plaintiff is a "consumer" as defined under 15 U.S.C. § 1692a(3).

10. Plaintiff is a natural person.

11. Defendant, Nationwide Credit and Collection, Inc. ("NCC"), is an Illinois corporation. It does or transacts business in Illinois. The registered agent is Gregg I Minkow at 330 Oak Knoll Terrace, Northbrook, IL, 60062. (Exhibit A, Record from the Illinois Security of State).

12. Defendant is engaged in the business of collecting debt in the state of Illinois with his principal place of business located at 815 Commerce Drive, Suite 270, Oak Brook, Illinois, 60523.

13. Defendant is engaged in the collection of debts using one or more instrumentalities of interstate commerce or the mails, and telephone to collect debts originally owed to others.

14. NCC holds a collection agency license from the state of Illinois. (Exhibit B Record from Illinois Department of Financial & Professional Regulation).

15. Defendant is a "debt collector" as defined under 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

16. On September 23, 2021, Defendant sent Plaintiff a dunning letter attempting to collect $40.00.

17. On October 1, 2021, Defendant sent Plaintiff a second dunning letter attempting to collect $200.00.

18. Defendant sent the dunning letter to Plaintiff via United States Postal Service regular mail on or about September 23, 2021.

19. Defendant sent the second dunning letter to Plaintiff via United States Postal Service regular mail on or about October 1, 2021.

20. On October 1, 2021, Plaintiff received the dunning letter from Defendant via United States Postal Service regular mail at Plaintiff's residence in Irving, Texas.

21. On October 17, 2021, Plaintiff received the second dunning letter from Defendant via United States Postal Service regular mail at Plaintiff's residence in Irving, Texas.

22. The dunning letters and alleged debts claimed are attached hereto and incorporated herein as Exhibit C and Exhibit D.

23. Defendant made multiple calls to the Plaintiff on September 7, 2021 at 2:36pm and 6:02pm, on September 30, 2021 at noon.

24. The subject alleged debt that Defendant was and is attempting to collection from Plaintiff was allegedly incurred for personal, family, or household purposes.

25. Plaintiff is not indebted to Defendant for $240.00.

26. Plaintiff has not promised to pay Defendant $240.00.

27. Plaintiff has not consented to or entered into any contract with Defendant promising to pay it $240.00.

## CLAIM FOR RELIEF

28. Plaintiff realleges and incorporates the foregoing paragraphs verbatim.

29. Defendant violated the FDCPA as to its conduct toward Plaintiff.

30. Defendant's FDCPA violations include, but are not limited to:

   a. A representative of the NCC stated that the Plaintiff, a consumer, owed a debt, on a recorded call, on October 4, 2021 at approximately 5:14 P.M. CST in violation of 15 USC § 1692b(2);

    b. Engaging in collection activity to harass, oppress, or abuse Plaintiff in connection with the collection of an alleged debt of approximately $240.00 in violation of 15 U.S.C. § 1692d;

    c. Falsely representing the character, amount, or legal status of an alleged debt of approximately $240.00 in violation of 15 U.S.C. § 1692e(2)(A);

    d. Using false representation or deceptive means via its collection activity and dunning letter(s) to collect or attempt to collect an alleged debt of $240.00 from Plaintiff in violation of 15 U.S.C. § 1692e(10);

    e. Failing to disclose in communications from Defendant to Plaintiff that the communication is from a debt collector in violation of 15 U.S.C. § 1692e(11);

    f. Attempting to collect $240.00 from Plaintiff when such amount is not expressly authorized by law or any agreement creating the amount;

31. As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

    a. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

b. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and

d. For such other and further relief as the Court may deem just and proper.

                                                          Respectfully submitted,

Dated:     November 22, 2021         /s/ Jennifer Sanford
                                                        Jennifer Sanford
                                                        6535 Deseo Apt 3091
                                                        Irving, Texas 75039
                                                        Telephone: 219-916-9311
                                                        Facsimile: 312-722-6501
                                                        Email: snfrd.jnnfr@gmail.com
                                                        PLAINTIFF (*pro se*)

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action if so triable.

Respectfully submitted,

Dated:   November 22, 2021

/s/ Jennifer Sanford
Jennifer Sanford

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon Defendant via his attorney of record via U.S.P.S. priority mail express with sufficient postage attached thereto addressed to:

Vicent Gallelli
815 Commerce Dr. Suite 270
Oak Brook, IL 60523-8852

Gregg I Minkow
330 Oak Knoll Terrace
Northbrook, IL, 60062

Respectfully submitted,

Dated:    November 22, 2021

/s/ Jennifer Sanford
Jennifer Sanford

# Exhibit A



cyberdriveillinois.com is now ilsos.gov

Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 60042381 |
| Entity Name | NATIONWIDE CREDIT AND COLLECTION INC. |
| Status | |
| ACTIVE | |

## Entity Information

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Wednesday, 15 July 1998

State
ILLINOIS

Duration Date
PERPETUAL

## Agent Information

Name

GREGG MINKOW

Address
330 OAK KNOLL TER
NORTHBROOK , IL 60062

Change Date
Friday, 19 November 2021

## Annual Report

Filing Date
Tuesday, 18 May 2021

For Year
2021

## Officers

President
Name & Address
VINCENT GALLELLI 815 COMMERCEDRIVE SE270 OAK BROOK IL 60523

Secretary
Name & Address
JOHN FALVEY 815 COMMERCE DRIVESE270 OAK BROOK IL 60523

## Assumed Name

ACTIVE
NCCI, INC.

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

# Exhibit B



Illinois Department of Financial and Professional Regulation

# Lookup Detail View

**Contact**

Contact Information

| Name | City/State/Zip | DBA / AKA |
|---|---|---|
| NATIONWIDE CREDIT AND COLLECTION INC | Oak Brook, IL 60523 | • |

**License**

License Information

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 017000873 (tel:017000873) | LICENSED COLLECTION AGENCY | ACTIVE | 08/29/1987 | 05/10/2021 | 05/31/2024 | N |

Generated on: 11/20/2021 9:35:47 AM

# Exhibit C



**NATIONWIDE**
CREDIT & COLLECTION, INC.
Performance · Integrity · Service

815 Commerce Dr, Suite 270
Oak Brook, IL 60523-8852
Phone: (630) 528-5305
Fax: (800) 485-0207
Pay Online: https://www.clientaccessweb.com/NCC/payments



September 23, 2021
JENNIFER SANFORD
6535 DESEO APT 3091
IRVING TX 75039-3185

Creditor: Northwestern Medicine
File Number: 9854723
Amount Due: $40.00

## NOTICE OF COLLECTION

This is to notify you that Northwestern Medicine has placed the above Amount Due with our office, Nationwide Credit and Collection, Inc. for the purpose of collecting a debt.

Payment options include: Visa, MasterCard, Discover, Check By Phone, or a payment can be mailed using the payment stub on the bottom of this notice. Please include your File Number on all checks and correspondence. You may also pay your account online by visiting https://www.clientaccessweb.com/NCC/payments and entering File Number: 9854723. If you would like to pay by text, please text the word PAYMENT to 74877.

If you would like to discuss this matter with your account representative, we are available to assist you. When calling regarding your account, please refer to File Number: 9854723.

Thank You,   Nationwide Credit & Collection, Inc.

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 USCA 1692

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

-Financial Assistance – the creditor is committed to providing information to patients who may need financial help to pay their medical bills. For more information or to obtain a free copy of the creditor's Financial Assistance Program policy or application, please call the creditor or visit the creditor's website.

SEE REVERSE SIDE FOR STATEMENT INFORMATION
Please note: For multiple accounts, payments are applied to the oldest accounts first when not specified.
*** COMPLETE AND RETURN THIS FORM WITH YOUR PAYMENT ***

---

Y279F87A08

PO Box 505
Linden MI 48451-0505
RETURN SERVICE REQUESTED

September 23, 2021
Phone: (630) 528-5305

JENNIFER SANFORD
6535 DESEO APT 3091
IRVING TX 75039-3185



IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | CVV |
| SIGNATURE | AMOUNT PAID | |

IF THIS PAYMENT IS FROM AN FSA ACCOUNT PLEASE CHECK HERE: ☐

Creditor: Northwestern Medicine
Guarantor: JENNIFER SANFORD
File Number: 9854723
Amount Due: $40.00

Make Payable and Remit payment stub to:

Nationwide Credit & Collection, Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook IL 60522-3219



# Exhibit D

**NATIONWIDE**
CREDIT & COLLECTION, INC.
Performance · Integrity · Service

815 Commerce Dr, Suite 270
Oak Brook, IL 60523-8852
Phone: (630) 528-5305
Fax: (800) 485-0207
Pay Online: https://www.clientaccessweb.com/NCC/payments



October 1, 2021
JENNIFER SANFORD
6535 DESEO APT 3091
IRVING TX 75039-3185

Creditor: Northwestern Medicine
File Number: 10082462
Amount Due: $200.00

## NOTICE OF COLLECTION

This is to notify you that Northwestern Medicine has placed the above Amount Due with our office, Nationwide Credit and Collection, Inc. for the purpose of collecting a debt.

Payment options include: Visa, MasterCard, Discover, Check By Phone, or a payment can be mailed using the payment stub on the bottom of this notice. Please include your File Number on all checks and correspondence. You may also pay your account online by visiting https://www.clientaccessweb.com/NCC/payments and entering File Number: 10082462. If you would like to pay by text, please text the word PAYMENT to 74877.

If you would like to discuss this matter with your account representative, we are available to assist you. When calling regarding your account, please refer to File Number: 10082462.

Thank You,   Nationwide Credit & Collection, Inc.

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 USCA 1692

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

-Financial Assistance – the creditor is committed to providing information to patients who may need financial help to pay their medical bills. For more information or to obtain a free copy of the creditor's Financial Assistance Program policy or application, please call the creditor or visit the creditor's website.

SEE REVERSE SIDE FOR STATEMENT INFORMATION
Please note: For multiple accounts, payments are applied to the oldest accounts first when not specified.
*** COMPLETE AND RETURN THIS FORM WITH YOUR PAYMENT ***

Y27A671F62

PO Box 505
Linden MI 48451-0505
RETURN SERVICE REQUESTED

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.
MC   VISA   DISCOVER

| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | | AMOUNT PAID |

IF THIS PAYMENT IS FROM AN FSA ACCOUNT PLEASE CHECK HERE: ☐

October 1, 2021
Phone: (630) 528-5305

Creditor: Northwestern Medicine
Guarantor: JENNIFER SANFORD
File Number: 10082462
Amount Due: $200.00

Make Payable and Remit payment stub to:

0004120024018550296175039318586---Y27A671F62 133--40000--133

JENNIFER SANFORD
6535 DESEO APT 3091
IRVING TX 75039-3185



Nationwide Credit & Collection, Inc.
c/o Evergreen Bank Group
PO Box 3219
Oak Brook IL 60522-3219



JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED NOV 23 2021 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

## I. (a) PLAINTIFFS
JENNIFER SANFORD

### DEFENDANTS
NATIONWIDE CREDIT & COLLECTION, INC.

**(b)** County of Residence of First Listed Plaintiff: DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

3-21CV2942-L

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act |  | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise |  | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 550 Civil Rights |  |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692 et seq. (Fair Debt Collection Practices Act)
Brief description of cause:
Violations of the FDCPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____